| | | | | |
|---|---|---|---|---|
| Date: 05/25/11 | DIVIDENDS REMITTED TO THE COURT | | Receipt # 152419 | Page: 1 |

Case Number 08-12886 - ZANNONI, EUGENE C.

| Creditor | Claim No. | Check # | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| CITY OF NORTH RIDGEVILLE<br>7307 AVON-BELDEN ROAD<br>NORTH RIDGEVILLE, OH 44039 | 000037 | 111 | 1,410.02 | 4.65 |
| ---------- Remittance Total --------------- | | | 1,410.02 | 4.65 |

*signature*
ALAN J. TREINISH, TRUSTEE

FILED 11 MAY 26 PM 12:05
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COURT1

Printed: 05/25/11 09:30 AM  Ver: 16.02b